■ JUANITA LOGAN, Respondent, v MOUNT SINAI HOSPITAL et al., Appellants. [658 NYS2d 841] —Judgment, Supreme Court, New York County (Alice Schlesinger, J.), entered April 18, 1996, which, upon a jury verdict, awarded plaintiff the principal sum of $130,000, plus interest, costs and disbursements, unanimously reversed, on the facts, without costs, and the matter remanded for a new trial on the issue of damages only unless, within 20 days after the entry of this order plaintiff shall stipulate to reduce the award to the principal sum of $80,000 and to entry of an amended judgment in accordance therewith, in which event the judgment as amended is affirmed, without costs.

We find the jury award to be excessive to the extent indicated. Concur—Murphy, P. J., Wallach, Tom and Mazzarelli, JJ.